ROBERT C. SCHUBERT (No. 62684)
(rschubert@sjk.law)
DUSTIN L. SCHUBERT (No. 254876)
(dschubert@sjk.law)
NOAH M. SCHUBERT (No. 278696)
(nschubert@sjk.law)
KATHRYN Y. MCCAULEY (No. 265803)
(kmccauley@sjk.law)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:   (415) 788-4220
Facsimile:    (415) 788-0161

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RICHARD DELUCA, ANTONIUS TRAN, RICHARD WAGNER, JEDEDIAH CLAWSON, LONNIE BIRCHFIELD, JONATHAN POOL, SUZANNE HAKES, BRAD RAMAEKERS, PAUL MCPHIE, ANGELO MARKATOS, DOMENICO COLABRARO, KIRK ARELLANO, SARAH KESSLER, ADOLFO MUCCILLO, CURTIS HUSTON, NEIL DIBIASE, DOUG PHILLIPS, MARK BEATY, KENNETH HULME, KIMBERLY HULME, and JAY VILHAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., Inc.<br><br>Defendant. | Case No.<br><br>DECLARATION OF KATHRYN MCCAULEY IN SUPPORT OF CLASS ACTION COMPLAINT FOR VIOLATION OF CAL. CIV. CODE § 1750, *ET SEQ.*<br><br>CLASS ACTION |

I, KATHRYN MCCAULEY, hereby declare:

1. I am one of the attorneys for the Plaintiffs in the above-entitled action.

2. Pursuant to Cal. Civ. Code § 1780(d), this Court is the proper venue for commencement and trial of this action because Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") is a California Corporation, maintains an office in this district, and does business in this district.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February 2020 in San Francisco, CA.

_____
Kathryn McCauley

DECLARATION OF KATHRYN SCHUBERT                                                              2